# ELECTRONIC RECORD

*043-16*
*044-16*
*045-16*

COA # 03-14-00722-CR          OFFENSE: 22.02

STYLE: Mark Fruge v. The State of Texas          COUNTY: Travis

COA DISPOSITION: AFFIRMED          TRIAL COURT: 331st District Court

DATE: 12/3/15          Publish: NO   TC CASE #: D-1-DC-13-200256

## IN THE COURT OF CRIMINAL APPEALS

*043-16*
*044-16*
*045-16*

STYLE: Mark Fruge v. The State of Texas          CCA #: _____

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: 05/04/2016          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD